```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


MELTON SUMMERVILLE,              )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )     1:06CV00681
                                 )
LOCAL 77 and                     )
AMERICAN FEDERATION OF STATE,    )
COUNTY AND MUNICIPAL EMPLOYEES,  )
                                 )
     Defendants.                 )
```

ORDER AND JUDGMENT

OSTEEN, District Judge

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff Melton Summerville's Motion to Remove Judge [Doc. No. 12] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Summerville's Motion for the Court to Remand the Plaintiff's Case to State Court [Doc. No. 15] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants Local 77 and American Federation of State, County and Municipal Employees' Motion to Dismiss [Doc. No. 8] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's Motion for Relief from Judgment [Doc. No. 21] is DENIED.

This the 2nd day of April 2007.

			_____
			United States District Judge